Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY S. AKERS,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and GRANT & WEBER,<br><br>Defendants. | Case No.: 2:18-cv-00048-GMN-VCF<br><br>**STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Experian Information Solutions, Inc., from the above captioned action, with prejudice. Each party will bear its own fees and costs.

/ / /

Stipulation of Dismissal of Experian Information Solutions, Inc., With Prejudice - 1

IT IS SO STIPULATED.

Dated this 2nd day of July, 2018.

| /s/ *Miles N. Clark* | /s/ *Andrew J. Sharples* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.,

## WITH PREJUDICE

**IT IS SO ORDERED** that the parties have stipulated to dismiss the action with prejudice.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

DATED this __3__ day of July, 2018.

Stipulation of Dismissal of Experian Information Solutions, Inc., With Prejudice - 2